11 cv 1503 Mims v.s. Hoffman, et al.

cmc

Jury Note

For Judge Tharp:

Not sure if these can be answered, but wanted to ask:

1) Was there a criminal case or charge against the defendants? If no, why not?

2) Can the 4 claims be re-stated at some point?

**FILED**

JUN 24 2014

JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT